| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 20-30982<br>Southern District of Texas<br>Houston<br>Mon May  4 14:06:13 CDT 2020 | ACBL Oldco, LLC<br>1701 E. Market Street<br>Jeffersonville, IN 47130-4755 | ACBL River Operations LLC<br>1701 E. Market Street<br>Jeffersonville, IN 47130-4755 |
| ACBL Transportation Services LLC<br>1701 E. Market Street<br>Jeffersonville, IN 47130-4755 | ACL I Corporation<br>1701 E. Market Street<br>Jeffersonville, IN 47130-4755 | ACL Professional Services Inc.<br>1701 E. Market Street<br>Jeffersonville, IN 47130-4755 |
| American Commercial Barge Line LLC<br>1701 E. Market Street<br>Jeffersonville, IN 47130-4717 | American Commercial Lines Inc.<br>1701 E. Market Street<br>Jeffersonville, IN 47130-4717 | American Commercial Lines International LLC<br>1701 E. Market Street<br>Jeffersonville, IN 47130-4755 |
| American Longshore Mutual Association, Ltd.<br>c/o Leann O. Moses<br>1100 Poydras Street<br>Suite 3100<br>New Orleans, LA 70163-1102 | Barge SPV, LLC<br>909 Poydras St<br>Floor 28<br>New Orleans, LA 70112-4000 | Channelview Independent School District<br>c/o Owen M. Sonik<br>PBFCM, LLP<br>1235 N. Loop W., Ste 600<br>Houston, TX 77008-1772 |
| Commercial Barge Line Company<br>1701 E. Market Street<br>Jeffersonville, IN 47130-4755 | Economy Boat Store<br>c/o Bonds Ellis Eppich Schafer Jones LLP<br>420 Throckmorton St<br>Suite 1000<br>Fort Worth, TX 76102-3727 | Finn Holding Corporation<br>1701 E. Market Street<br>Jeffersonville, IN 47130-4755 |
| Harris County<br>Linebarger Goggan Blair & Sampson<br>c/o Tara L. Grundemeier<br>Post Office Box 3064<br>Houston, TX 77253-3064 | International Marine Terminals<br>c/o Law Ofc Patricia Williams Prewitt<br>10953 Vista Lake Ct.<br>Navasota, TX 77868-6981 | Old JB LLC<br>1701 E. Market Street<br>Jeffersonville, IN 47130-4755 |
| Oracle America, Inc.<br>Buchalter, a Professional Corporation<br>c/o Shawn M. Christiansoon<br>55 2nd St., 17th Fl.<br>San Francisco, Ca 94105-3493 | Petroleum Service Corporation<br>McGlinchey Stafford<br>1001 McKinney<br>Suite 1500<br>Houston, TX 77002-6420 | Petroleum Service Group LLC<br>McGlinchey Stafford<br>1001 McKinney<br>Suite 1500<br>Houston, TX 77002-6420 |
| Prime Clerk LLC<br>Prime Clerk LLC<br>One Grand Central Place<br>60 E 42nd St Suite 1440<br>Suite 1440<br>New York, NY 10165-1446 | Vessel Holdings 6, LLC<br>909 Poydras St<br>Floor 28<br>New Orleans, LA 70112-4000 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 |
| ADP LLC<br>1851 N. Resler<br>El Paso, TX 79912-8023 | ATMOS ENERGY CORPORATION<br>ATTN: BANKRUPTCY GROUP<br>PO BOX 650205<br>DALLAS, TX 75265-0205 | Ameren Missouri<br>c/o Bankruptcy Desk MC 310<br>P.O. Box 66881<br>Saint Louis, MO 63166-6881 |
| Bunge North America, Inc.<br>1391 Timberlake Manor Pkwy<br>Chesterfield, MO 63017-6058 | CDW<br>Attn: Ronelle Erickson<br>200 N. Milwaukee Ave<br>Vernon Hills, IL 60061-1577 | CHS Inc.<br>5500 Cenex Drive<br>Inver Grove Heights, MN 55077-1721 |

EXHIBIT B

| | | |
|---|---|---|
| Dell Financial Services L.L.C.<br>c/o Streusand Landon Ozburn & Lemmon<br>1801 S. MoPac Expressway, Suite 320<br>Austin, Texas 78746 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Jeremy Bailey<br>963 Douglas Andrew Avenue<br>Gonzales, LA 70737-5819 |
| Jeremy Joost<br>3428 Eastside Highway<br>Stevensville, MT 59870-6671 | John Bludworth Shipyard, LLC<br>P.O. Box 2441<br>Corpus Christi, Texas 78403-2441 | Knox County Trustee<br>PO Box 70<br>Knoxville, TN 37901-0070 |
| (p)LOUISVILLE GAS AND ELECTRIC COMPANY<br>PO BOX 9001960<br>LOUISVILLE KY 40290-1960 | Motion Industries<br>1605 Alton Road<br>Irondale, Al 35210-3770 | Oracle America, Inc.<br>c/o Shawn M. Christianson, Esq.<br>Buchalter, a Professional Corporation<br>55 2nd St., 17th Fl.<br>San Francisco, CA 94105-3493 |
| Staples Business Advantage<br>PO Box 105748<br>Atlanta GA 30348-5748 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Donald W. Dailey<br>c/o Jarrod B. Martin<br>McDowell Hetherington LLP<br>1001 Fannin, Suite 2700<br>Houston, TX 77002-6736 |
| Eric Michael English<br>Porter Hedges LLP<br>1000 Main Street<br>36th Floor<br>Houston, TX 77002-6341 | John F Higgins IV<br>Porter Hedges LLP<br>1000 Main St<br>Ste 3600<br>Houston, TX 77002-6341 | Truist Truist<br>Truist Bank<br>RVW 3034<br>Richmond, VA 23224 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Louisville Gas and Electric Company
820 W. Broadway
Louisville, KY 40202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ad Hoc Group of term lenders | (u)BANK OF AMERICA, N.A. | (u)Cortland Capital Market Services LLC |
| (u)Fifth Third Bank | (u)Pension Benefit Guaranty Corp (PBGC) | (u)State of Louisiana, Oil Spill Coordinatorï |

EXHIBIT B

| (u)TCF National Bank | (u)United States of America | (u)WELLS FARGO BANK, N.A. |
|---|---|---|
| (u)Wells Fargo Capital Finance, LLC | (u)Wells Fargo Equipment Finance, Inc. | (u)Wintrust Commercial Finance, a division of |
| (u)Devon J. Anthony | End of Label Matrix<br>Mailable recipients    44<br>Bypassed recipients    13<br>Total                  57 | |

EXHIBIT B